```
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
```

| | | |
|---|---|---|
| CHARLES A. DINGLE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 98-CV-1079 |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| LEONARD A. PORTUONDO, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

This matter is before the Court on the motion for recusal of Judge Lyle E. Strom filed by plaintiff Charles A. Dingle (Filing No. 157). Plaintiff's motion will be denied. Accordingly,

IT IS ORDERED that the motion for recusal of Judge Lyle E. Strom by Charles A. Dingle is denied.

DATED this 8th day of March, 2006.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court