```
IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

CHARLES A. DINGLE,                    )
                                      )
              Plaintiff,              )   Civil Case No. 98-CV-1079
                                      )
       v.                             )
                                      )
                                      )
LEONARD A. PORTUONDO, et al.,         )            ORDER
                                      )
              Defendants.             )
_____)
```

This matter is before the Court on plaintiff's motion to compel attendance of witnesses during trial of this action (Filing No. 166). The Court finds plaintiff's motion should be granted. Plaintiff is, however, required to furnish to the United States Marshal a check for one-way mileage and one day's witness fee for each witness. Accordingly,

IT IS ORDERED:

1) That the motion to compel attendance of witnesses for trial is granted; and

2) That subpoenas shall be issued by the Clerk of Court and served by the United States Marshal on:

        Thomas G. Eagen
        Building 2, State Campus
        Albany, New York 12226-2050

        Arlene Anglemyer
        Otisville Correctional Facility
        57 Sanitorium Road
        Otisville, New York 10963-0008

        Kenneth Decker
        Sullivan Correctional Center
        325 Riverside Drive
        Fallsburg, New York 12733-0116

        R. Wolff
        Shawangunk Correctional Facility
        750 Prison Road
        Wallkill, New York 12589-0750

directing them to appear before this Court on August 21, 2006, at 9:00 a.m., at the United States District Court, Northern District of New York, 100 South Clinton Street, Syracuse, New York, 13261, for the trial of this action. Said subpoenas shall be served on or before August 16, 2006, providing plaintiff tenders witness fees and mileage.

    DATED this 11th day of August, 2006.

                BY THE COURT:

                /s/ Lyle E. Strom
                _____
                LYLE E. STROM, Senior Judge
                United States District Court